AO 91 (Rev. 01/09) Criminal Complaint



# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Virginia

| | | |
|---|---|---|
| **United States of America** | ) | **UNDER SEAL** |
| v. | ) | |
| | ) | Case No. 2:19-mj- 480 |
| **Mario Cordeau Parham** | ) | |
| *Defendant* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief, that from on or about the date(s) of <u>August 13, 2019 through and on August 26, 2019</u> in the city of <u>Norfolk</u> in the <u>Eastern</u> District of <u>Virginia</u> and elsewhere, the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| COUNT ONE: 18 U.S.C. § 844(e) | Maliciously Conveying False Information Regarding Explosive Materials |
| COUNT TWO: 18 U.S.C. § 844(e) | Maliciously Conveying False Information Regarding Explosive Materials |
| COUNT THREE: 18 U.S.C. § 844(e) | Maliciously Conveying False Information Regarding Explosive Materials |

This criminal complaint is based on these facts:

☒ Continued on the attached sheet. (Please see attached Affidavit)

READ AND REVIEWED:

_____
Elizabeth M. Yusi
Assistant United States Attorney

_____
*Complainant's signature*
Kyle M. Raines, Special Agent, NCIS
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Aug. 29, 2019

City and state: Norfolk, VA

_____
*Judge's signature*
ROBERT J. KRASK
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*